**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Franco Asturi<br>&<br>Deneen Asturi<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-23338 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Select Portfolio Serving as servicer for U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Trustee successor by merger to LaSalle Bank, National Association as Trustee for Washington Mutual Asset-Backed Certificates WMABS Series 2006-HE4 Trust and index same on the master mailing list.

                            Respectfully submitted,

                            **/s/ James C. Warmbrodt, Esquire**
                            James C. Warmbrodt, Esquire
                            jwarmbrodt@kmllawgroup.com
                            Attorney I.D. No. 42524
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106
                            Phone: (215)-627-1322

                            Attorney for Movant/Applicant