# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY NO. 17-23338-CMB** |
| | : | |
| **FRANCO ASTURI AND** | : | **CHAPTER 13** |
| **DENEEN ASTURI,** | : | |
| **DEBTORS** | : | |
| | : | **RELATED TO DOC. NO. 6, 7** |
| **FRANCO ASTURI AND** | : | |
| **DENEEN ASTURI,** | : | |
| **MOVANTS** | : | **HEARING DATE & TIME:** |
| | : | **September 19, 2017 at 10:00 AM** |
| **v.** | : | |
| | : | |
| **AAS DEBT RECOVERY,** | : | |
| **AES/PHEAA,** | : | |
| **BRIDGECREST CREDIT,** | : | |
| **COMMUNITY BANK,** | : | |
| **CREDIT ACCEPTANCE,** | : | |
| **CREDIT CONTROL,** | : | |
| **CREDIT PROTECTION,** | : | |
| **FIRST PREMIER,** | : | |
| **KOHLS, NCB MANAGEMENT,** | : | |
| **PORTFOLIO RECOVERY,** | : | |
| **PROFBURCOL,** | : | |
| **SELECT PORTFOLIO,** | : | |
| **VERIZON, AND** | : | |
| **RONDA J. WINNECOUR, ESQ.** | : | |
| **CHAPTER 13 TRUSTEE,** | : | |
| **RESPONDENTS** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION EXTEND THE AUTOMATIC STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay filed on August 22, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 8, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>September 11, 2017</u>     By:     <u>/s/ Paul W. McElrath</u>
Paul W. McElrath, Esquire
Attorney for Debtor/Movant
PA I.D. #86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd
Pittsburgh, PA 15210
(412) 765-3606