# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-23338-CMB |
| | : | |
| FRANCO ASTURI AND | : | CHAPTER 13 |
| DENEEN ASTURI, | : | |
|     DEBTORS | : | |
| | : | RELATED TO DOCUMENT NO. 6 |
| FRANCO ASTURI AND | : | |
| DENEEN ASTURI, | : | |
|     MOVANTS | : | HEARING DATE & TIME: |
| | : | September 19, 2017 at 10:00 AM |
| vs. | : | |
| | : | |
| AAS DEBT RECOVERY, | : | |
| AES/PHEAA, | : | |
| BRIDGECREST CREDIT, | : | |
| COMMUNITY BANK, | : | |
| CREDIT ACCEPTANCE, | : | **DEFAULT O/E JAD** |
| CREDIT CONTROL, | : | |
| CREDIT PROTECTION, | : | |
| FIRST PREMIER, | : | |
| KOHLS, | : | |
| NCB MANAGEMENT, | : | |
| PORTFOLIO RECOVERY, | : | |
| PROFBURCOL, | : | |
| SELECT PORTFOLIO, | : | |
| VERIZON, | : | |
|     RESPONDENTS | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     ADDITIONAL | : | |
|     RESPONDENT | : | |

## ORDER

**AND NOW**, on this __12th__ day of __September__, 2017, upon consideration of the within Motion, it is hereby ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents or until further order of Court.

BY THE COURT,

xCarlota M. Böhmx sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
9/12/17 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Franco Asturi  
Deneen Asturi  
    Debtors

Case No. 17-23338-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala    Page 1 of 1    Date Rcvd: Sep 12, 2017  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.  
db/jdb          +Franco Asturi,    Deneen Asturi,    207 Bernardi Drive,    Pittsburgh, PA 15214-1405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:  
        Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,  
         acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
        James    Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, Successor  
         in Interest to Bank of America, National Association as Trustee successor by merger to LaSalle  
         Bank, National Association as Trustee for Washingto bkgroup@kmllawgroup.com  
        James    Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Paul W. McElrath, Jr.    on behalf of Joint Debtor Deneen  Asturi ecf@mcelrathlaw.com,  
         donotemail.ecfbackuponly@gmail.com  
        Paul W. McElrath, Jr.    on behalf of Debtor Franco  Asturi ecf@mcelrathlaw.com,  
         donotemail.ecfbackuponly@gmail.com  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                               TOTAL: 8