Form 224

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Franco Asturi
Deneen Asturi**
Debtor(s)

Bankruptcy Case No.: 17−23338−CMB

Chapter: 13
Docket No.: 18 − 12

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **August 18, 2017** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **September 11, 2017** and failure to meet that deadline would result in the dismissal of the case.

As of **September 14, 2017,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: September 14, 2017

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                        Case No. 17-23338-CMB
Franco Asturi                                                 Chapter 13
Deneen Asturi
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: aala                  Page 1 of 2                  Date Rcvd: Sep 14, 2017
                              Form ID: 224                Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2017.
db/jdb         +Franco Asturi,    Deneen Asturi,    207 Bernardi Drive,    Pittsburgh, PA 15214-1405
14678793       +Aaa Debt Rec,    Pob 129,    Monroeville, PA 15146-0129
14678794       +Aes/pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
14678795       +Bridgecrest Credit Company,LLC,     PO BOX 29018,    Phoenix, AZ 85038-9018
14678796       +Community Bank Na,    45-49 Court Street,    Canton, NY 13617-1179
14678797       +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
14679232       +Credit Acceptance,    25505 West Twelve Mile Rd,     Suite 3000,    Southfield MI 48034-8331
14678801       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14678803       +Ncb Management Service,    1 Allied Dr,    Trevose, PA 19053-6945
14690617       +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14678805       +Profburcol,    5295 Dtc Parkway,    Greenwood Village, CO 80111-2752
14678806       +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
14678807       +Verizon,    Po Box 650584,    Dallas, TX 75265-0584

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14678798       +EDI: CCS.COM Sep 15 2017 03:53:00      Credit Control Service,    725 Canton St,
                 Norwood, MA 02062-2679
14678799       +EDI: CREDPROT.COM Sep 15 2017 03:53:00      Credit Protection Asso,    13355 Noel Rd Ste 2100,
                 Dallas, TX 75240-6837
14678800       +EDI: AMINFOFP.COM Sep 15 2017 03:53:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
14678802       +EDI: CBSKOHLS.COM Sep 15 2017 03:53:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
14678804       +EDI: PRA.COM Sep 15 2017 03:53:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
                                                                                                TOTAL: 5

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC Bank, National Association
cr              U.S. Bank National Association, as Trustee, Succes
cr*            +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                   TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2017 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, Successor
               in Interest to Bank of America, National Association as Trustee successor by merger to LaSalle
               Bank, National Association as Trustee for Washingto bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Deneen  Asturi ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Franco  Asturi ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2          User: aala              Page 2 of 2              Date Rcvd: Sep 14, 2017
                              Form ID: 224            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

TOTAL: 8